IN THE SUPREME COURT OF TEXAS

 No. 06-0479

 IN RE DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., CRAIG BRUBAKER AND
 TODD CLENDENING

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay district court proceedings
pending mandamus proceedings, filed July 6, 2006, is granted. The order
dated May 2, 2006, in Cause No. 04-7318, styled John Williams, et al. v.
Deutsche Bank AG, et al., in the 298th District Court of Dallas County,
Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this the 21st day of July, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk